AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of New Mexico

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JASON PAUL BACA | ) | Case No.    25-MJ-5233 JMR |
| YEAR OF BIRTH 1989 | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

**FILED**

United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

# CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ November 12, 2025 _____ in the county of _____ Bernalillo _____ in the _____ District of _____ New Mexico _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922(g)(1) and 924 | Felon in Possession of a Firearm and Ammunition |
| 18 U.S.C. §§ 111(a) and (b) | Assault on a Federal Officer |
| 18 U.S.C. § 924(c)(1)(A)(ii) | Brandishing a Firearm During and in Relation to, and in Furtherance of, a Crime of Violence |

This criminal complaint is based on these facts:

See attached affidavit, which has been reviewed by AUSA Maria Elena Stiteler.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Christopher Lopez, FBI TFO
*Printed name and title*

Electronically signed and telephonically sworn.

Date:  12/22/2025
_____

_____
*Judge's signature*

City and state:  _____ Albuquerque, New Mexico _____

Jennifer M. Rozzoni, US Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

IN THE MATTER OF THE ARREST OF
JASON PAUL BACA
YEAR OF BIRTH 1989

Case No: 25-MJ-5233 JMR

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Christopher Lopez, being duly sworn, do depose and hereby state the following:

1.      I make this affidavit in support of an application for a criminal complaint and arrest warrant for JASON PAUL BACA, year of birth 1989, for being a Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. §§ 922(g)(1) and 924; Assault on a Federal Officer, in violation of 18 U.S.C. §§ 111(a) and (b); and Brandishing a Firearm During and in Relation to, and in Furtherance of, a Crime of Violence, in violation of 18 U.S.C. § 924(c)(1)(A)(ii).

## AGENT BACKGROUND

2.      I have been a law enforcement officer for ten (10) years and am employed as a Detective with the Bernalillo County Sheriff's Office (BCSO), assigned to the Homicide Unit.  I am also a Task Force Officer with the Federal Bureau of Investigation (FBI) and am assigned to the Violent Crime Task Force (VCTF).[1] In my primary assignment, as a Homicide Detective, I primarily investigate the unequivocal deaths that occur within Bernalillo County and law enforcement involved shootings. Prior to being a detective in the BCSO Homicide Unit, I was a detective within the Violent Crime Unit, where I was tasked with investigating violent criminal offenses as well as weapon offenses. In my role as a Task Force Officer with the FBI, I primarily

---

[1] The Violent Crime Task Force is an FBI-led task force that is comprised of various local and federal agencies, including but not limited to the Albuquerque Police Department, New Mexico State Police, Valencia County Sheriff's Office, and the Drug Enforcement Administration.

1

investigate crimes involving repeat violent offenders. These crimes include drug trafficking, felony gun use and possession, kidnapping, and threats of violence in violation of the laws of the United States.

3.    My investigative experience includes interviewing subjects, targets and witnesses; conducting surveillance; executing search and arrest warrants; analyzing records; and working on joint investigations and operations with law enforcement officers from other federal, state and local agencies. Through my training and experience and investigative participation, I am familiar with the methods and means utilized by individuals, drug trafficking organizations (DTOs), and gang/criminal enterprises to purchase, transport, store, and distribute controlled substances and firearms.  I know that firearms are tools of the trade and instrumentalities of the crime of drug trafficking, particularly in instances involving subjects who have committed prior violent crimes and/or firearms violations.

4.    This affidavit is based on my own investigation and information obtained from law enforcement officers with BCSO, official law enforcement reports, court documents, body worn camera/lapel footage, and surveillance footage that I have reviewed. This affidavit does not set forth all of my knowledge, or summarize all of the investigative efforts in this on-going investigation.

<u>STATEMENT OF PROBABLE CAUSE</u>

5.    On November 12, 2025, at approximately 1647 hours, two BCSO Deputies conducted a traffic stop on a 1994 white Mazda pickup truck bearing NM license plate BDXB09 for invalid registration in the area of Wisconsin Avenue NE and Central Avenue SE in Albuquerque, New Mexico. The two BCSO Deputies were engaged in law enforcement duties and were riding as a two-man unit, in a fully marked patrol unit and wearing their department issued

uniforms displaying their badge of office at the time of the stop.  The two BCSO Deputies contacted the driver of the vehicle (C.H.) and the passenger, who was identified as Jason BACA. A query of C.H.'s information through law enforcement databases revealed his driver's license was currently revoked. BACA's information was also checked though law enforcement databases and revealed that he had outstanding felony warrant for dangerous drugs in New Mexico Case No. T4-FR-2025-9019. This information was verified through NCIC using BACA's full name, date of birth, and social security number.

6.      The two Deputies requested additional deputies to their location to assist in the arrest of C.H. and BACA due to observing what appeared to be nervous behavior traits displayed by C.H. and BACA during their interactions. Additional BCSO Deputies arrived at the scene to assist. From interviews with the involved Deputies, I understand that three of these BCSO Deputies on scene had also been deputized as federal task force officers (TFOs) for the U.S. Marshals Service (USMS) and were operating that day as part of USMS Operation Triple Beam. These three USMS TFOs understood their duties under this federal operation to be doing proactive patrols looking for repeat offenders and those committing federal crimes.

7.      After the additional Deputies arrived, C.H. and BACA were removed from the white Mazda pickup. Two Deputies (including one of the USMS TFOs) attempted to place BACA in custody, with the USMS TFO lifting BACA's shirt and revealing a handgun tucked in BACA's waistband. After the handgun was spotted, BACA resisted and began to attempt to run away. One Deputy immediately called out "gun, gun gun!" and the two Deputies closest to BACA (including one of the USMS TFOs) dove for cover at the front of the white truck. Review of body camera and vehicle dash camera footage showed BACA in possession of the firearm pointed outwards towards the BCSO Deputies (including the USMS TFO). Based on my review of the footage, the manner

3

in which BACA was manipulating the firearm was indicative of using the firearm as if intending to discharge it.



**Fig. 1**: Bodyworn video shows BACA pointing firearm towards BCSO deputy and a USMS TFO.



**Fig. 2**: BACA handling firearm with both hands.  From reviewing the video footage, it appears that BACA was attempting to manipulate the slide on the firearm to introduce a round to the firearm's chamber for firing.

4



**Fig. 3**: BACA directly pointing the firearm towards BCSO Deputy
and USMS TFO as they run for cover.

8.    BACA then began running south on Wisconsin towards Central Avenue still armed with the firearm. Three of the Deputies discharged their department-issued handguns at least once. During this time BACA turned his body and faced Deputies (including USMS TFOs) while pointing the firearm at them, as shown in Fig. 4. BACA was struck at least once and fell to the ground. The firearm BACA was holding fell several yards to the west of his body. Deputies moved up, secured BACA, and rendered aid until medical personnel arrived and transported him to a local area hospital for treatment.



**Fig. 4**: BACA pointing firearm (circled in red) towards BCSO
deputy and USMS TFOs.

9.  In close proximity to BACA a loaded Glock model 22, .40 caliber pistol, bearing serial number MSD593 was recovered.

10.  Based in my training and experience, I know that Glock firearms are manufactured outside New Mexico and the specified pistol meets the federal definition of a "firearm."

11.  Later that day, BCSO deputies obtained and executed a state warrant authorizing search of the white Mazda pickup truck.  BCSO Detectives recovered a backpack from the front passenger floorboard where BACA was seated.  The following items of contraband were located inside the backpack and seized.

    a.  25.65 grams white powder – tested at the DEA field office in Albuquerque and tested presumptive positive for fentanyl;

    b.  26.5 grams of individual blue pills (or approximately 265 pills) stamped with "M" and "30" – tested at the DEA field office in Albuquerque and tested presumptive positive for fentanyl;

    c.  7.2 grams white powder in foil – tested at the DEA field office in Albuquerque and tested presumptive positive for fentanyl; and

6

    d.   13.9 grams white crystalline substance - tested at the DEA field office in Albuquerque and tested presumptive positive for amphetamines.

12.    BACA is a felon, having been convicted of the following offenses which each carry with them a term of incarceration exceeding one year:

    a.   Trafficking controlled substance (2018 in New Mexico state court, for which he was sentenced to five years of supervised probation); and

    b.   Possession of a controlled substance (2021 in New Mexico state court, for which he was sentenced to 18 months' probation),

## CONCLUSION

13.    Based on the foregoing information, there is probable cause to believe BACA committed violations of being a Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924; Assault on a Federal Officer, in violation of 18 U.S.C. §§ 111(a) and (b); and Brandishing a Firearm During and in Relation to, and in Furtherance of, a Crime of Violence, in violation of 18 U.S.C. § 924(c)(1)(A)(ii).

14.    Assistant United States Attorney Maria Stiteler reviewed this criminal complaint. I swear the above information is true and correct to the best of my knowledge and belief.

CHRISTOPHER LOPEZ
Task Force Office
Federal Bureau of Investigation

Electronically subscribed and telephonically sworn to before me this 22nd day of December, 2025.

JENNIFER M. ROZZONI
UNITED STATES MAGISTRATE JUDGE